# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jane Doe IV, et al.

                    Plaintiff,

v.                                     Case No.: 1:14–cv–08424

                                     Honorable Sharon Johnson Coleman

Cook County State's Attorney's Office

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Minute entry #108 is amended as follows: Status hearing held on 8/18/2015. Defendant The City of Harvey (a municipal corporation) is dismissed from this action with prejudice. The court retains jurisdiction to enforce the terms of the settlement. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.